IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:24-CR-211-D

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| MONTREAL TYREK COOPER, | ) | |
| | ) | |
| Defendant. | ) | |

The court has reviewed defendant's letter [D.E. 54]. The Federal Public Defender SHALL appoint new counsel for defendant. The court permits Hayes S. Ludlum to withdraw.

SO ORDERED. This 25 day of February, 2026.

JAMES C. DEVER III
United States District Judge