IN THE UNITED STATES DISTRICT COURT
FOR EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
NO. 5:24-CR-211-D

UNITED STATES OF AMERICA

vs.

MONTREAL TYREK COOPER

ORDER

This matter is before the Court on Defendant's Motion to Seal Docket Entry 68 pursuant to Local Rule 55.2, and the Court finding good cause, the Motion is hereby GRANTED. Docket Entry 68 shall remain sealed until further Order of the Court.

SO ORDERED. This 18 day of June, 2026

James C. Dever III
United States District Judge